UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LEO WINTERNITZ, | Case No. 2:15-cv-02062-MCE-AC |
|---|---|
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., | Judge: Morrison C. England, Jr. |
| Defendant. | Complaint Filed: October 1, 2015 |

Pursuant to the parties' Stipulation (ECF No. 13), the deadline for Volkswagen Group of America, Inc. to answer, move, plead or otherwise respond to the Class Action Complaint is extended to January 8, 2016.

IT IS SO ORDERED.

Dated: November 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1